6:10-mc-55-0RL-35KRS

AO 451 (Rev 12/93)  Certification of Judgment

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ New Jersey _____

SUPER 8 WORLDWIDE, INC., a South Dakota
Corporation, f/k/a SUPER 8 MOTELS, INC.

V.

KNR HOTELS, LLC, a Florida limited liability
company, KIRAN RACH, an individual, and
NALIN RACH, an individual

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

Case Number: 09-3302

*U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA
2010 MAY -4 PM 1:55
FILED*

I, __WILLIAM T. WALSH__ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action _March 2, 2010_, as it appears in the records of this court, and that

Date

appears in the records of this court, and that

**IN TESTIMONY WHEREOF**, I sign my name and affix the seal of this Court.

_April 5, 2010_
Date

**WILLIAM T. WALSH**
Clerk

(By) Deputy Clerk

---

* Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

NOT FOR PUBLICATION
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUPER 8 WORLDWIDE, INC., <br><br> Plaintiff, <br><br> v. <br><br> KNR HOTELS, LLC et al., <br><br> Defendants. | Civil Action No.: 09-3302 (JLL) <br><br><br> **ORDER & JUDGMENT** |

Currently before the Court is Plaintiff's motion for default judgment as to Defendants Kiran Rach and Nalin Rach (collectively "Defendants"). The motion is unopposed. This action was commenced on July 7, 2009. Copies of the Complaint and the summons were served on Defendants on August 5, 2009. On November 10, 2009, Defendants filed motions to dismiss; Plaintiff filed a cross-motion for the entry of default against Defendants. On December 11, 2009, this Court denied all of the motions and gave Defendants thirty (30) days to answer Plaintiff's Complaint. Defendants did not file an answer to the Complaint, and on January 15, 2010, the Clerk entered default against Defendants. The Court has considered Plaintiff's submission and the Complaint and, for good cause shown,

It is on this _1st_ day of March, 2010,

**ORDERED** that Plaintiff's motion for default judgment as to Defendants Kiran Rach and Nalin Rach (CM/ECF No. 18) is GRANTED; and it is further

**ORDERED** that Judgment is hereby entered against Defendants Kiran Rach and Nalin Rach in favor of Plaintiff in the total amount of $232,391.60, which is comprised of the

following:

- $213,957.10, recurring fees (principal plus prejudgment interest as of January 21, 2010); and
- $18,434.50, attorneys' fees and costs;

and it is further

**ORDERED** that Plaintiff shall have the right to pursue any additional amounts that accrue or become due and owing from Kiran Rach and Nalin Rach on or after January 21, 2010.

JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office, UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY WILLIAM T. WALSH, CLERK
By _____ Deputy Clerk    4/5/2010